IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
EDWARD LAMONT WOMBLE,        )
                             )
          Petitioner,        )
                             )
     v.                      )     1:21-cv-232
                             )
NORTH CAROLINA,              )
                             )
          Respondent.        )
```

## ORDER

On February 13, 2023, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 21, 22.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Respondent's Motion to Dismiss, (Doc. 17), is **GRANTED**, that Petitioner's Corrected Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, (Doc. 9), is **DISMISSED**, and that this action is hereby, **DISMISSED**. The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 15th day of March, 2023.

　　　　　　　　　　　　　　　/s/ William L. Osteen, Jr.
　　　　　　　　　　　　　　　United States District Judge